FILED
CLERK, U.S.D.C. SOUTHERN DIVISION
APR 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE DAVIS,<br><br>                Plaintiff,<br>vs.<br><br>CARMAN SUTLEY,<br><br>                Defendant. | Case No. EDCV 07-1415-CBM (RNB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, and the recommendation of the United States Magistrate Judge. No objections to the Magistrate Judge's Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that (1) defendant's Motion to Dismiss is denied, and (2) defendant shall file an Answer within twenty (20) days.

DATED: 4/15/08

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE